Frederick H. Lundblade, Bar No. 220662
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>BILLY MCNAB,<br><br>          Defendant.<br><br>BILLY MCNAB,<br><br>          Counterclaimant,<br><br>v.<br><br>NEW HAMPSHIRE INSURANCE COMPANY,<br><br>          Counter-Defendant. | Case No.  10-cv-02496-CW<br><br>**ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT INITIAL CASE MANAGEMENT CONFERENCE** |

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that Thomas N. Petersen may appear telephonically on behalf of

ORDER

defendant at the September 21, 2010 Case Management Conference.


DATED this <u>1st</u> day of <u>September</u>, 2010.

                                    _____
                                    Judge of the U.S. District Court

ORDER