1  Robert A. Latham III, Bar No. 125081
   Admitted herein: 12-01-87
2  rlatham@archernorris.com

3  ARCHERNORRIS, A Professional Law Corporation
   333 South Grand Avenue, Suite 1700
4  Los Angeles, California 90071
   t.213.437.4000/f.213.437.4011
5
   for plaintiff and counter-defendant
6  New Hampshire Insurance Company

7

8              **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**

10

11 | NEW HAMPSHIRE INSURANCE COMPANY, | **CASE NO. C 10 02496 CW** |
12 | Plaintiff and counter-defendant, | **STIPULATION AND ORDER TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** |
13 | v. | |
14 | BILLY MCNAB, | **COURTROOM 2, 1301 CLAY ST. OAKLAND, CALIFORNIA 94612** |
15 | Defendant and counterclaimant | |

16

17     With the parties nearing settlement, their counsel stipulate
18  to continue the further case management conference from May 3,
19  2011, to June 7, 2011, at 2:00 p.m.
20
21  Dated: April 28, 2011    ArcherNorris,
                             A Professional Law Corporation
22
                             /s/ Robert A. Latham III
23                           Robert A. Latham III, Bar No. 125081
                             for New Hampshire Insurance Company
24
25  Dated: April 28, 2011    Black Chapman Webber & Stevens

26                           /s/ Frederick H. Lundblade
                             Frederick H. Lundblade, Bar No. 220622
27                           for Billy McNab

28

| CASE NO. C 10 02496 CW<br>YORK001/1129279-1 | 1 | STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING FURTHER CASE MANAGEMENT CONFERENCE |

**PROPOSED ORDER**

The Court accepts the foregoing stipulation and orders the further case management conference be continued from Tuesday, May 3, 2011 to Tuesday, June **21**, 2011, at 2:00 p.m. in this courtroom.

IT IS SO ORDERED.

DATED: **4/29/2011**

_____
The Honorable Claudia Wilken,
Judge of the United States District Court