Frederick H. Lundblade, Bar No. 220662
Black, Chapman, Webber & Stevens
Attorneys at Law
221 Stewart Avenue, Suite 209
Medford, Oregon   97501
(541) 772-9850
Facsimile (541) 779-7430
litigation@blackchapman.com
Attorney for Defendant and Counterclaimant

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | | |
|---|---|---|
| NEW HAMPSHIRE INSURANCE COMPANY, | ) ) ) | Case No.  10-cv-02496-CW |
| Plaintiff, | ) ) | **STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT AND DEFENDANT'S COUNTERCLAIM FOR DECLARATORY JUDGMENT** |
| v. | ) ) ) | |
| BILLY MCNAB, | ) ) | |
| Defendant. | ) ) | |
| BILLY MCNAB, | ) ) | |
| Counterclaimant, | ) ) | |
| v. | ) ) | |
| NEW HAMPSHIRE INSURANCE COMPANY, | ) ) ) | |
| Counter-Defendant. | ) ) | |

STIPULATION TO DISMISS PLAINTIFF'S
COMPLAINT FOR DECLARATORY
JUDGMENT AND DEFENDANT'S
COUNTERCLAIM FOR DECLARATORY
JUDGMENT                                        -1-

Plaintiff New Hampshire Insurance Company, appearing by and through its attorney, Robert A. Latham III, and defendant Billy McNab, appearing by and through his attorney, Frederick H. Lundblade, stipulate and agree that, based on the above-entitled claims having been fully settled and no further matters needing to be resolved by this court, this case and the Complaint and Counterclaim should be dismissed with prejudice and without costs to either party.

RESPECTFULLY SUBMITTED this 1ˢᵗ of June 2011.



ARCHER NORRIS, A PROFESSIONAL LAW CORPORATION

s/Robert A. Latham, III
Robert A. Latham III, Bar No. 125081
Phone: (213) 437-4000
Email: rlatham@archernorris.com
Attorney for Plaintiff and Counter-Defendant


BLACK, CHAPMAN, WEBBER & STEVENS


s/Frederick H. Lundblade
Frederick H. Lundblade, Bar No. 220662
Phone:  (541) 772-9850
Email: litigation@blackchapman.com
Attorney for Defendant and Counterclaimant


STIPULATION TO DISMISS PLAINTIFF'S
COMPLAINT FOR DECLARATORY
JUDGMENT AND DEFENDANT'S
COUNTERCLAIM FOR DECLARATORY
JUDGMENT                                        -2-

**PROOF OF SERVICE**

**Name of Action:  New Hampshire Insurance Company v. Billy McNab**
**Court and Action No:  USDC Northern District of California Case No. C 10-02496 CW**

I, Marti Jackson, declare:

I am a United States citizen, over the age of eighteen years and not a party to this action or proceeding.   My business address is 333 South Grand Avenue, Suite 1700, Los Angeles, California 90071-1540.  On June 1, 2011, I served a copy of following document(s) entitled:

**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT FOR**
**DECLARATORY JUDGMENT AND DEFENDANT'S COUNTERCLAIM**
**FOR DECLARATORY JUDGMENT**

[x] by placing a true copy of the document(s) listed above, enclosed in a sealed envelope, addressed as set forth below, for collection and mailing on the date and at the business address shown above following our ordinary business practices.  I am readily familiar with this business' practice for collection and processing of correspondence for mailing with the United States Postal Service.  On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

[ ] by having a true copy of the document(s) listed above transmitted by facsimile to the person(s) at the facsimile number(s) set forth below before 5:00 p.m.  The transmission was reported as complete without error by a report issued by the transmitting facsimile machine.

[ ] by having personally delivered a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

[ ] by having personal delivery by _____ of a true copy of the document(s) listed above, enclosed in a sealed envelope, to the person(s) and at the address(es) set forth below.

[ ] by placing a true copy of the document(s) listed above, in a box or other facility regularly maintained by Federal Express, or other express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope designated by the express service carrier, with delivery fees paid or provided for, addressed as set forth below.

[ ] by transmitting via email or electronic transmission the documents listed above to the addressees listed on the attached service list at the email addresses listed thereon.

***See Attached Service List***

1

Frederick H. Lundblade III
Black Chapman Webber Stevens

2

Petersen & Lundblade
221 Stewart Avenue, Suite 209

3

Medford, OR  97501

4

(541) 772-9850/(541) 779-7430 Fax

5

6

    I declare that I am employed in the office of a member of the bar of this Court at whose

7

direction this service was made.

    Executed on June 1, 2011, at Los Angeles, California.

8

9

10

Marti Jackson

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE